# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESTRADA, | Case No. 1:26-cv-02527-KES-EPG-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 16, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Respondents to release Petitioner. (ECF No. 10.) This matter was referred to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition for writ of habeas corpus or other appropriate action." (Id. at 4.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2. Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

3.  If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE